# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

LEO WARRENS,

                    Plaintiffs,

          vs.

FCA US, LLC; and DOES 1 through 10, inclusive

                    Defendants.

CASE NO.: 3:22-cv-03752-TLT

Judge: Hon. Trina L. Thompson

**ORDER GRANTING JOINT MOTION FOR DISMISSAL**

## ORDER GRANTING JOINT MOTION FOR DISMISSAL

Upon the Joint Motion of the Parties to dismiss this case in light of their Settlement:

It is hereby ORDERED that this matter is DISMISSED and the Court retains jurisdiction to enforce the terms of the Parties' Settlement.

Date: _November 24, 2023_
          _____

Hon. Trina L. Thompson

UNITED STATES DISTRICT COURT JUDGE